JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS R HANNAH II,<br>Plaintiff,<br><br>v.<br><br>EXPERIAN,<br>Defendant. | ED CV 21-01943 DSF (SPx)<br><br>JUDGMENT |

The Court having granted Defendant's motion to dismiss with leave to amend no later than June 17, 2022, and Plaintiff having failed to amend,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 24, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge